THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Clarence Scott Miller, Appellant.
 
 
 
 
 

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2010-UP-467
 Submitted October 1, 2010  Filed October
28, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, of Columbia; and Solicitor Harold W. Gowdy, III, of
 Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Clarence
 Scott Miller appeals his guilty pleas to resisting arrest, petit larceny, two
 counts of second-degree burglary, grand larceny, and two counts of first-degree
 burglary.  Miller's counsel
 argues the plea court erred in accepting Miller's plea because Miller was
 incompetent due to his learning disability and mental illness.  Miller filed a
 pro se brief reasserting his counsel's briefed argument.  After a thorough review of the record and both briefs
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.